ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Transdev Services, Inc. ) ASBCA No. 59710
)
Under Contract No. CQ12169-E )

APPEARANCES FOR THE APPELLANT: Alan B. Moldawer, Esq.
  General Counsel
  Bradon J. Smith, Esq.
  Associate General Counsel

APPEARANCE FOR THE AUTHORITY: Jon B. Crocker, Esq.
  Chief Counsel
  Washington Metropolitan Area
  Transit Authority

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 October 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59710, Appeal of Transdev Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals